UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STATE FARM MUTUAL
AUTOMOBILE INSURANCE CO., et al.,

                         Plaintiffs,

             -v-

IBRAHIM FATIHA, D.C., et al.,

                         Defendants.

20-CV-443 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    A conference with the Court was held by telephone in this case on December 9, 2020. For the reasons stated on the record, (1) Defendants' letter motion to quash Plaintiffs' subpoenas to the banking institutions is DENIED; and (2) Plaintiffs' letter motion to compel Defendants to respond to discovery requests served in September 2020 is GRANTED. Defendants shall provide discovery responses to Plaintiffs on or before December 23, 2020. If they fail to do so, the Court will entertain a motion for sanctions.

    The Clerk of Court is directed to close the motions at ECF Nos. 44 and 46.

    SO ORDERED.

Dated: December 9, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge