UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY, *et al.*

                Plaintiffs,

    -v-

IBRAHIM FATIHA, D.C., *et al.*

                Defendants.

20-CV-443 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      Plaintiffs' letter request at Docket Number 71 is granted in part. For the reasons stated at the conference held on October 7, 2021, Defendants shall produce all outstanding document responses and interrogatory responses by November 24, 2021. If Defendants fail to do so, the Court will impose escalating daily sanctions on Defendants starting on December 1, 2021 at $100.00 per day. Plaintiffs are directed to submit a status letter on December 1, 2021, updating the Court on the status of discovery. The status letter should outline what, if anything, remains to be exchanged. Defendants are directed to submit a response letter on December 3, 2021.

      SO ORDERED.

Dated: November 10, 2021
       New York, New York

                                            J. PAUL OETKEN
                                            United States District Judge