UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY, *et al.*,

                        Plaintiffs,

        -v-

IBRAHIM FATIHA, D.C., *et al.*,
                        Defendants.

20-CV-443 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      The letter motion to compel at Docket Number 81 is GRANTED. Samira A. Agayev is directed to appear for a deposition within 30 days. Plaintiffs are directed to serve a copy of this order on Ms. Agayev.

      SO ORDERED.

Dated: April 21, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge