UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, *et al.*,

                                Plaintiffs,                20-cv-443 (JPO)

     -v-                                                   **ORDER**

IBRAHIM FATIHA, D.C., *et al.*,

                                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**ORDER GRANTING IN PART PLAINTIFFS' LETTER MOTION TO COMPEL**

J. PAUL OETKEN, District Judge:

    Plaintiffs' letter motion to compel at Docket Number 84 is GRANTED in part. For the reasons stated on the record at the conference held on October 18, 2022, it is hereby ordered that:

1) Defendants shall produce the telephone number and corresponding telephone provider for (i) any landline phone used at 489 Brook Avenue, Bronx, New York; and (ii) any landline phone or cell phone used by Defendant Michael Berezovsky. Defendants must produce this information to allow Plaintiffs to subpoena and obtain these phone records for the time period January 1, 2013 through January 16, 2020.

2) Defendants shall produce and send to Plaintiffs by certified mail the transcript of the June 27, 2022 deposition of Michael Berezovsky from the matter <u>Bronx Management, Inc., *et al.* v. Dalal Medical, P.C., *et al.*</u>, Index No. 6512162/2013.

3) Gala Trading, Inc. shall comply with the subpoena seeking its deposition. The deposition shall be no more than three hours in duration. Gala Trading, Inc. is warned that if it fails to appear for its scheduled deposition, Gala Trading, Inc. shall be subject to sanctions which may include contempt.

4) Daehan Yoon shall comply with the subpoena seeking his deposition. The deposition shall be no more than five hours in duration. Daehan Yoon is warned that if he fails to appear for his scheduled deposition, Daehan Yoon shall be subject to sanctions which may include contempt.

The Court also grants Plaintiffs' motion to compel the production of the account information for the Integrity Concept LLC bank account: Defendants shall disclose the requested information no later than one week from the date of this Order. If Plaintiffs obtain the bank account information for this Integrity Concept LLC bank account through their own efforts, the Court will entertain sanctions against the Defendants and Defendants' counsel.

The Clerk is directed to close the motion at ECF No. 84.

**SO ORDERED.**

Dated: October 21, 2022
    New York, New York

_____
J. PAUL OETKEN
United States District Judge