UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, *et al.*,

                              Plaintiffs,          20-cv-00443-JPO

      -v-                                            **ORDER**

IBRAHIM FATIHA, D.C., *et al.*,

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## **ORDER GRANTING IN PART PLAINTIFFS' LETTER MOTION FOR SANCTIONS**

J. PAUL OETKEN, District Judge:

Plaintiffs' letter motion for sanctions at ECF No. 93 is GRANTED in part. For the reasons stated at the conference held on February 1, 2023, it is hereby ordered that:

1) Defendants Michael Berezovsky, Bronx Management, Inc., and Concept Medical Supply, Inc. are jointly and severally liable to pay Plaintiffs the sum of Two Thousand Dollars ($2,000.00) as sanctions relating to violating the Court's Order dated October 21, 2022.

2) If Defendants Michael Berezovsky, Bronx Management, Inc., and Concept Medical Supply, Inc. fail to provide all cell phone numbers and the corresponding telephone provider for any cell phone used by Defendant Michael Berezovsky by February 8, 2023, the Court will impose weekly sanctions on Defendants Michael Berezovsky, Bronx Management, Inc., and Concept Medical Supply Inc. at Five Hundred Dollars ($500.00) per week until the information is produced.

**SO ORDERED.**

Dated: February 2, 2023
      New York, New York

                                                                            _____
                                                                            J. PAUL OETKEN
                                                                        United States District Judge