UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATE FARM MUTUAL, *et al.*,
                Plaintiffs,

-v-

IBRAHIM FATIHA, D.C., *et al.*,
                Defendants.

20-CV-443 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On May 18, 2023, Plaintiffs filed a letter motion requesting an order compelling non-party Samira A. Agayev to appear for her continued deposition, and compelling non-parties Vladislav Aguvayev, Renat Dashkevich, SVA Enterprises, Inc., and MJ Distributors, Inc. to comply with previously served subpoenas. (ECF No. 105.)

Plaintiffs' motion is granted in part. It is hereby ordered that:

1) As ordered at ECF No. 109, Counsel for Samira A. Agayev shall submit a letter motion describing her current medical status, with supporting documentation, no later than June 23, 2023.

2) Counsel for Vladislav Aguvayev shall submit a letter motion describing his current medical status and why it prevents him from appearing for his deposition, along with any supporting documentation, no later than June 23, 2023.

3) Renat Dashkevich shall comply with the subpoena seeking his deposition no later than July 14, 2023. Dashkevich is warned that his failure to appear for his deposition by the stated deadline will subject him to sanctions, which may include contempt and potentially arrest by the U.S. Marshal.

4) SVA Enterprises, Inc. and MJ Distributors, Inc. shall each comply with the subpoenas *duces tecum* no later than July 14, 2023. Failure to do so will subject each entity to sanctions, which may include contempt.

The Clerk of Court is directed to close the motion at ECF No. 105.

SO ORDERED.

Dated: June 2, 2023
New York, New York

_____
J. PAUL OETKEN
United States District Judge