UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATE FARM MUTUAL, *et al.*,
                Plaintiffs,

-v-

IBRAHIM FATIHA, D.C., *et al.*,
                Defendants.

20-CV-443 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On October 21, 2022, the Court issued an Order granting in part Plaintiffs' motion to compel. (ECF No. 86.) That Order directed non-party Daehan Yoon to comply with the subpoena seeking his deposition. Yoon was warned that if he failed to appear for his scheduled deposition, he would be subject to sanctions, which could include contempt.

On May 19, 2023, Plaintiffs filed a motion for contempt against Yoon following his failure to comply with the subpoena. That motion is granted for the reasons outlined in Plaintiffs' submission at ECF No. 107.

Yoon is hereby found to be in contempt of Court. He is directed to appear for his deposition within 21 days of this Order. If he fails to do so, he is subject to arrest by the U.S. Marshals Service.

The Clerk of Court is directed to close the motion at ECF No. 106.

SO ORDERED.

Dated: June 2, 2023
       New York, New York

                                                                     J. PAUL OETKEN
                                                                     United States District Judge