UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY, *et al.*,
                        Plaintiffs,

-v-

IBRAHIM FATIHA, *et al.*,
                        Defendants.

20-CV-443 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Without opposition, Plaintiffs' motion for sanctions at ECF No. 122 is GRANTED. For the reasons substantially stated in Plaintiffs' motion, non-parties Vladislav Aguvayev and Renat Dashkevich are hereby found to be in contempt of Court.

    Aguvayev is directed to sit for his deposition within 30 days of this Order. If he fails to do so, he is subject to arrest by the U.S. Marshals Service. Dashkevich is directed to sit for his deposition within 30 days of this Order. If he fails to do so, he is subject to arrest by the U.S. Marshals Service.

    Plaintiffs are directed to submit a letter to the Court within 30 days of this Order on the status of Aguvayev's deposition and Dashkevich's deposition.

    The Clerk of the Court is directed to close the motion at ECF No. 122.

    SO ORDERED.

Dated: November 9, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge