UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY, *et al.*,

                Plaintiffs,

-v-

IBRAHIM FATIHA, D.C., *et al.*,

                Defendants.

20-CV-443 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    On January 17, 2025, the Court ordered a sanction of $50,000 against Defendant Michael Berezovsky, after he ignored the Court's previous Order to amend his RFA responses and due to his frequent failings to comply with discovery deadlines in this case. (ECF No. 227.)

    Defendant Berezovsky now maintains that he need not pay the $50,000 sanction until the time to appeal has passed. (ECF No. 228.) That is not the case. Berezovsky shall pay Plaintiffs the ordered sanction by February 25, 2025, or be held in contempt of court.

    SO ORDERED.

Dated: February 4, 2025
       New York, New York

                                                J. PAUL OETKEN
                                            United States District Judge